IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MYRA CHRISTENSEN and
REED CHRISTENSEN                                                        PLAINTIFFS

v.                     No. 2:24-cv-229-DPM

FCI FORREST CITY LOW and
CHAD GARRETT, in his official capacity
as Warden                                                                DEFENDANTS

### ORDER

Notice, *Doc. 6*, appreciated. The Court refers this case back to Magistrate Judge Harris for a recommendation in due course on the request for a TRO, screening, and handling in general.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 January 2025