IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MYRA CHRISTENSEN; and
REED CHRISTENSEN                                                    PLAINTIFFS

v.                       No. 2:24-cv-229-DPM-PSH

FCI FORREST CITY LOW; and
CHAD GARRETT                                                         DEFENDANTS

## ORDER

Notice, *Doc. 22*, appreciated. Myra Christensen's claims are dismissed without prejudice; and she is dismissed as a plaintiff. The motion for TRO and preliminary injunction, *Doc. 2*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 March 2025