IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REED CHRISTENSEN                                                                PLAINTIFF

v.                              No. 2:24-cv-229-DPM

UNITED STATES DEPARTMENT OF
JUSTICE and UNITED STATES
DISTRICT COURT, D.C.                                                           DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's recommendation, *Doc. 35*. Fed. R. Civ. P. 72(b)(3). The Court has reviewed Christensen's response, *Doc. 36*. To the extent it contains any objections, they are overruled. The Court clarifies a point: of course repairing family relationships is important; but a declaratory judgment is not a fitting tool to help in that important effort. The motion to dismiss, *Doc. 32*, is granted. Christensen's second amended complaint will be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 August 2025