IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

REED CHRISTENSEN and
MYRA CHRISTENSEN                                                    PLAINTIFFS

v.                         No. 2:24-cv-229-DPM

UNITED STATES DEPARTMENT OF
JUSTICE;  UNITED STATES DISTRICT
COURT, D.C.;  FCI FORREST CITY LOW;
and CHAD GARRETT, in his official
capacity as Warden                                                  DEFENDANTS

## JUDGMENT

Christensen's second amended complaint is dismissed without prejudice. Reed Christensen's and Myra Christensen's claims are dismissed without prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 August 2025